B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Equisearch Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-2424663** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**555 Taxter Road**<br>**Suite 210**<br>**Elmsford, NY**                    ZIP Code **10523** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**500 D Lake Street**<br>**Ramsey, NJ**                    ZIP Code **07446** | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):          **555 Taxter Road**<br>**Suite 210**<br>**Elmsford, NY 10523** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7                ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                     of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12              ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                   of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Equisearch Services, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Equisearch Acquisition, Inc.** | Case Number:<br>**Pending** | Date Filed:<br>**1/19/12** |
| District:<br>**Southern District of New York** | Relationship:<br>**Subsidiary** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Equisearch Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kim R. Lynch**
Signature of Attorney for Debtor(s)

**Kim R. Lynch KL-5866**
Printed Name of Attorney for Debtor(s)

**Forman Holt Eliades & Ravin LLC**
Firm Name

**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**
Address

**(201) 845-1000  Fax: (201) 845-9112**
Telephone Number

**January 19, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Riedel**
Signature of Authorized Individual

**Robert Riedel**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**January 19, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____

                                                Debtor

                                                    Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,064,188.57 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 5,119,326.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 1,064,188.57 | | |
| Total Liabilities | | | | 5,119,326.92 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Equisearch Services, Inc.** _____ ,    Case No. _____

                                              Debtor

                                                                      Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Equisearch Services, Inc.**
_____,                    Case No. _____
                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Equisearch Services, Inc.**                                   ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with JP Morgan Chase Canada** | - | 92,281.46 |
| | | **Checking Account with JP Morgan Chase (ending 1185) Elmsford** | - | 48,376.11 |
| | | **Checking Account with JP Morgan Chase (ending 1193)** | - | 135,827.92 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Mack Cali** | - | 93,735.12 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          370,220.61
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                             ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Miscellaneous Receivable See Exhibit "A" | - | 19,619.96 |
| | | Receivable Due from transfer agents | - | 674,348.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                693,967.96
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit "B" | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Customer List | - | Unknown |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,064,188.57 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Equisearch Services, Inc.** _____,    Case No. _____

_____Debtor_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Equisearch Services, Inc.**                                                         ,    Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ABM Air Conditioning** <br>**11West Cross Street** <br>**P.O. Box 204** <br>**Hawthorne, NY 10532-0204** | - | | | | | | 200.49 |
| Account No. <br><br>**ABM Janitorial Services** <br>**551 Fifth Avenue** <br>**Suite 300** <br>**New York, NY 10176** | | | | | | | 59.06 |
| Account No. <br><br>**Adelaida Angeles** <br>**3855 N. Peach Avenue** <br>**Apt. 110** <br>**Fresno, CA 93727** | - | | | | | | 1,250.57 |
| Account No. <br><br>**Advance Disposal Services, LLC** <br>**c/o Christian Mils, Esq.** <br>**7915 Baymeadows Way, #300** <br>**Jacksonville, FL 32256** | - | | | | | | 32,881.20 |

__42__  continuation sheets attached

Subtotal
(Total of this page)    **34,391.32**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:26243-111123    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                        ,         Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alan Herbert Bradbury 60 West Sanilec Room 208 Sandusky, MI 48471 | - | | | | | | | 5,940.00 |
| Account No. | | | | | | | | |
| Alfred A. Henrickson 19827 Scenic Harbour Northville, MI 48167 | - | | | | | | | 1,632.14 |
| Account No. | | | | | | | | |
| Alice Holcomb 22 Carmichael Street Unit 109 Essex Junction, VT 05452 | - | | | | | | | 3,247.03 |
| Account No. **xxxx-xxxxxx-x1003** | | | | | | | | |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | - | | | | | | | 27,920.55 |
| Account No. **xxxx-xxxxxx-x1128** | | | | | | | | |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | - | | | | | | | 25.00 |

Sheet no. __1__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,764.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                      ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1060**<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | - | | | | | | 6,475.73 |
| Account No. **xxxx-xxxxxx-x1094**<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | - | | | | | | 14,799.17 |
| Account No. **xxxx-xxxxxx-x1227**<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | - | | | | | | 7,081.27 |
| Account No.<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | - | | | | | | 1,511.05 |
| Account No.<br><br>**Amy Nikaitani**<br>**609 Yesler Way**<br>**Apt. 5052**<br>**Seattle, WA 98104** | - | | | | | | 245.01 |

Sheet no. __2__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 30,112.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Andrew Way <br> 8375 N. Oracle Road <br> #150 <br> Tucson, AZ 85704 | | - | | | | | 3,220.08 |
| Account No. <br><br> Angela McGuire <br> P.O. Box 66622 <br> Mobile, AL 36660 | | - | | | | | 617.76 |
| Account No. <br><br> Anita Fiengo <br> 31 Ric Court <br> North Branford, CT 06471 | | - | | | | | 2,490.22 |
| Account No. <br><br> Ann L. Canburn <br> 5346 N. 36th Street <br> Richland, MI 49083 | | - | | | | | 426.84 |
| Account No. <br><br> AT&T Business Services <br> P.O. Box 5019 <br> Carol Stream, IL 60197-5019 | | - | | | | | 848.41 |

Sheet no. __3__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,603.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of New York Mellon** <br> **One Wall Street** <br> **New York, NY 10286** | - | | | | | | 500.00 |
| Account No. <br><br> **Barbara E. Hapke** <br> **389 Lakeshore Drive South** <br> **Holland, MI 49424** | - | | | | | | 485.56 |
| Account No. <br><br> **Barbara Zilko** <br> **420 Buttonwood Lane** <br> **Oxford, PA 19363** | - | | | | | | 14,624.94 |
| Account No. <br><br> **Bonnie Massengill** <br> **4447 Tulane Avenue** <br> **Long Beach, CA 90808** | - | | | | | | 24.09 |
| Account No. <br><br> **Brent R. Haesler** <br> **Haesler Family Trust** <br> **1210 N. 46th Street** <br> **Fort Smith, AR 72904** | - | | | | | | 6,989.37 |

Sheet no. __4__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        22,623.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Bruce W. Hall Attn: Pat Hardy P.O. Box 1116 Fort Collins, CO 80525 | - | | | | | | | 8,640.80 |
| Account No. | | | | | | | | |
| C3 Capital Partners, LP 4520 Main Street, Suite 1600 Kansas City, MO 64111 | X - | | | | | | | 8,260.53 |
| Account No. | | | | | | | | |
| C3 Capital Partners, LP 4520 Main Street, Suite 1600 Kansas City, MO 64111 | X - | | | | | | | 866,053.49 |
| Account No. | | | | | | | | |
| Cali Realty Construction Corp. c/o 343 Thornall Street Edison, NJ 08837 | - | | | | | | | 112,772.55 |
| Account No. | | | | | | | | |
| Camille Gautreau 301-148 Providence Street Shediac New Brunswick, Canada | - | | | | | | | 4,119.69 |

Sheet no. __5__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **999,847.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | W J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Camille J. Gautreau** <br> **301-148 Providence Street** <br> **Shediac, New Brunswick Canada** | - | | | | | | | | 3,070.12 |
| Account No. <br><br> **Canadian Stock Transfer** <br> **199 Bay Street** <br> **P.O. Box 1** <br> **Toronto, Ontario M5H4A6** | - | | | | | | | | 100.00 |
| Account No. <br><br> **Carolyn M. Saunders** <br> **12784 North Road** <br> **Grantsburg, WI 54840** | - | | | | | | | | 635.54 |
| Account No. <br><br> **Cary I. Hoffman** <br> **730 Columbus Avenue** <br> **Apt. 3L** <br> **New York, NY 10025** | - | | | | | | | | 2,732.98 |
| Account No. <br><br> **Charlotte Shtsie** <br> **P.O. Box 10472** <br> **Honolulu, HI 96816** | - | | | | | | | | 11,679.76 |

Sheet no. __6___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,218.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**_____,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Choicepoint Services, Inc. Attn: General Counsel 1000 Alderman Drive Alpharetta, GA 30005 | - | | | | | | 11,778.06 |
| Account No. | | | | | | | |
| Christopher T. Barkalow 75 Scarbrough Road Newton, AL 36352 | - | | | | | | 297.90 |
| Account No. | | | | | | | |
| CIT Technology Fin Serv, Inc. 21146 Network Place Stout, IA 50673-1211 | - | | | | | | 708.63 |
| Account No. | | | | | | | |
| CompuForce 420 Lexington Avenue Suite 2100 New York, NY 10170 | - | | | | | | 52,430.20 |
| Account No. | | | | | | | |
| Constance Jones 6126 Crows Nest Drive Indianapolis, IN 46228 | - | | | | | | 42.84 |

Sheet no. __7__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **65,257.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Continental Stock Transfer Attn: Anthony Antonio 17 Battery Place, 6th Floor New York, NY 10004 | - | | | | | | | 10,250.00 |
| Account No. | | | | | | | | |
| Corporate Stock Transfer 3200 Cherry Creek Drive South Suote 430 Denver, CO 80209 | - | | | | | | | 105.00 |
| Account No. | | | | | | | | |
| Corporation Service Company 2711 Centerville Road Suite 400 Wilmington, DE 19808 | - | | | | | | | 245.67 |
| Account No. | | | | | | | | |
| Craig Schaefer Schaefer Packing Co. P.O. Box 589 Mundelein, IL 60060 | - | | | | | | | 6,182.91 |
| Account No. | | | | | | | | |
| CSRA, Inc. 1604 Dairy Road Charlottesville, VA 22903 | - | | | | | | | 750.00 |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,533.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Curtis Porach 5035 NE Mason Court Portland, OR 97218 | | - | | | | | 1,461.19 |
| Account No. | | | | | | | |
| Custom Network Solutions 210 Route 4 East Suite 102 Paramus, NJ 07652 | | - | | | | | 3,249.03 |
| Account No. | | | | | | | |
| Daniel R. Fineberg 336 Wild Horse Canyon Dr. Chesterfield, MO 63005 | | - | | | | | 1,440.72 |
| Account No. | | | | | | | |
| DataJump P.O. Box 1909 Livingston, NJ 07039 | | - | | | | | 16,519.43 |
| Account No. | | | | | | | |
| Datapipe P.O. Box 36477 Newark, NJ 07188-6477 | | - | | | | | 850.00 |

Sheet no. __9__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,520.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| David A. Fisher 1104 Jackson Avenue Saint Michaels, MD 21663 | - | | | | | | 620.56 |
| Account No. | | | | | | | |
| David I. Kaplan 7007 N. Austin Avenue Niles, IL 60714 | - | | | | | | 1,196.55 |
| Account No. | | | Attention to Jane B. Snediker, Sally Jill S. Reid Co., Eugene and Dorothy Sneidker. | | | | |
| David Snediker 235 Hawks Hill Road New Canaan, CT 06840 | - | | | | | | 6,822.12 |
| Account No. | | | | | | | |
| Dawn Mooney 610 South Shore Drive Holland, MI 49423 | - | | | | | | 87.96 |
| Account No. | | | | | | | |
| Deanna R. Powell 4435 S. 314 Street Auburn, WA 98001 | - | | | | | | 224.57 |

Sheet no. __10__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,951.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Equisearch Services, Inc.** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Delores Heydle <br> P.O. Box 14134 <br> Odessa, TX 79768 | - | | | | | | 12,774.08 |
| Account No. <br><br> Delorise L. Chancy <br> 2511 W. Keysville Road <br> Plant City, FL 33567 | - | | | | | | 823.91 |
| Account No. <br><br> Don T. Cates <br> P.O. 100 <br> Forney, TX 75126 | - | | | | | | 1,287.17 |
| Account No. <br><br> Dorothy Snavley <br> c/o Aline Earley <br> 221 Norwegian Drive, Apt. 1 <br> Clearwater, FL 33763 | - | | | | | | 2,172.94 |
| Account No. <br><br> Edgar Humanity & Faith <br> P.O. Box HM 847 <br> Hamilton HM DX, Bermuda | - | | | | | | 40,750.37 |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **57,808.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Eve Jane McDowell <br> 720 W. End Avenue <br> Apt. 1116 <br> New York, NY 10025 | - | | | | | | 2,630.87 |
| Account No. <br><br> Evelyn Moriarty GDN <br> Robert Fennelly <br> 11 Hickory Lane <br> Rocky Hill, CT 06067 | - | | | | | | 3,990.77 |
| Account No. <br><br> Evelyn Wilson <br> 86 Maple Street <br> Montgomery, AL 36134 | - | | | | | | 3,570.00 |
| Account No. <br><br> Excel Micro <br> 505 Kedron Avenue <br> Folsom, PA 19033 | - | | | | | | 66.15 |
| Account No. <br><br> Fedex <br> P.O. Box 371461 <br> Pittsburgh, PA 15250-7461 | - | | | | | | 1,925.90 |

Sheet no. __12__ of __42__ sheets attached to Schedule of                           Subtotal                          12,183.69
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Financial Information Inc.** **1 Cragwood Road** **2nd Floor** **South Plainfield, NJ 07080** | | - | | | | | | 2,384.65 |
| Account No. | | | | | | | | |
| **Fred F. Eichhorn** **2212 E. Cape Cod Dive** **Bloomington, IN 47401** | | - | | | | | | 6,562.07 |
| Account No. | | | | | | | | |
| **Full Circle** **800 Westchester Avenue** **Suite S-620** **Rye Brook, NY 10573** | X | - | | | | | | 973,500.00 |
| Account No. | | | | | | | | |
| **Full Circle** **800 Westchester Avenue** **Suite S-620** **Rye Brook, NY 10573** | X | - | | | | | | 1,642,701.35 |
| Account No. | | | | | | | | |
| **Giovanna A. Gilsenan** **c/o H. Carleton Clinch, Esq.** **112 Prospect Street** **Ridgewood, NJ 07450** | | - | | | | | | 2,334.18 |

Sheet no. __13__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,627,482.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Equisearch Services, Inc.**                                    , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Gordon Robotta 5021 Sleeping Indian Road Fallbrook, CA 92028 | | | | | | | | 1,637.36 |
| Account No. | | - | | | | | | |
| Gunnar N. Matsen 5721 NE Hazell Dell Avenue Apt.#E Vancouver, WA 98663 | | | | | | | | 1,408.20 |
| Account No. | | - | | | | | | |
| Hilmer Leddon 2223 El Dorado Court Saint Cloud, FL 34771 | | | | | | | | 823.91 |
| Account No. | | - | | | | | | |
| Hiresafe Background Screening 9290 W. Stockton Boulevard Suite 102 Elk Grove, CA 95758 | | | | | | | | 65.00 |
| Account No. | | - | | | | | | |
| HKMB 595 Bay Street Suite 900 Toronto, Ontario MSG2B3 | | | | | | | | 50.00 |

Sheet no. __14__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,984.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **InfoTech**<br>**P.O. Box 446**<br>**Canoga Park, CA 91305** | - | | | | | | | 151.68 |
| Account No. | | | | | | | | |
| **Interactive Data Xcitek**<br>**32 Crosby Drive**<br>**Bedford, MA 01730** | - | | | | | | | 64.07 |
| Account No. | | | | | | | | |
| **Iron Mountain**<br>**P.O. Box 27128**<br>**New York, NY 10086-7128** | - | | | | | | | 21,142.77 |
| Account No. | | | | | | | | |
| **Iron Mountain**<br>**P.O. Box 27128**<br>**New York, NY 10086-7128** | - | | | | | | | 1,488.38 |
| Account No. | | | | | | | | |
| **Jacquelyn Heaney**<br>**1050 SW 110th Terrace**<br>**Fort Lauderdale, FL 33324** | - | | | | | | | 1,403.33 |

Sheet no. __15__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,250.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James O. Bishop**<br>**122 Avenida Street #1**<br>**San Clemente, CA 92672** | - | | | | | | **6.02** |
| Account No.<br><br>**Jane Ott**<br>**Attn: Beth Dewey**<br>**300 Duke Street**<br>**Tappahannock, VA 22560** | - | | | | | | **7,344.30** |
| Account No.<br><br>**Janet Keehn Cleveland**<br>**8742 Jack Bean**<br>**San Antonio, TX 78240** | - | | | | | | **3,390.66** |
| Account No.<br><br>**Janette M. Beckman**<br>**30 Meadowood**<br>**Rancho Santa Margarita, CA 92688** | - | | | | | | **6.02** |
| Account No.<br><br>**Jay B. Weintraub**<br>**29 South Main Street**<br>**Suite 330**<br>**Hartford, CT 06017** | - | | | | | | **15,740.09** |

Sheet no. __16__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **26,487.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jeffrey Mooney 403 Christopher Drive Holland, MI 49424 | - | | | | | | 87.96 |
| Account No. | | | | | | | |
| Jeffrey Rothauser 24 N. 20th Street Kenilworth, NJ 07033 | - | | | | | | 15.00 |
| Account No. | | | | | | | |
| Jennie Gambino 89-27 70th Road Hills, NY 13375 | - | | | | | | 90.84 |
| Account No. | | | | | | | |
| Jennie Gambino 89-27 70th Road Forest Hills, NY 11375 | - | | | | | | 6,827.62 |
| Account No. | | | | | | | |
| Joan Barnett 24587 Hayrake Circle Wildomar, CA 92595 | - | | | | | | 6.02 |

Sheet no. __17__ of __42__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)    **7,027.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                        ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joan C. Daniels<br>c.o Paul J. O'Brien<br>Two Old Common Rd<br>Auburn, MA 01501** | - | | | | | | 2,212.76 |
| Account No.<br><br>**Joan C. Leitz<br>1052 1/2 Virginia Avenue<br>Indianapolis, IN 46203** | - | | | | | | 746.91 |
| Account No.<br><br>**Joanne C. Royal<br>216 NW Avenue E<br>Belle Glade, FL 33430** | - | | | | | | 11,289.77 |
| Account No.<br><br>**Joe Howard<br>340 Lakeridge Circle<br>Troutville, VA 24175** | - | | | | | | 1,185.00 |
| Account No.<br><br>**John A. Patterson<br>6344 Kiwinis Club Road<br>Silsbee, TX 77656** | - | | | | | | 83.13 |

Sheet no. __18__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    15,517.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                              ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| John J. Alkazin 601 California Street Suite 1600 San Francisco, CA 94108 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| John S. Damiano 275 County Route 20 Oswego, NY 13126 | | - | | | | | 506.12 |
| Account No. | | | | | | | |
| John Strickland 264 Jernigan Farm Road Homerville, GA 31634 | | - | | | | | 3,570.00 |
| Account No. | | | | | | | |
| Jordan T. Bishop 1237 Green Oak Road Vista, CA 92081 | | - | | | | | 6.02 |
| Account No. | | | | | | | |
| Julia Ann Qullen 590 Pond Neck Road Earleville, MD 21919 | | - | | | | | 620.56 |

| | |
|---|---|
| Sheet no. __19__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **4,702.70** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Julie Wise 1412 S. Meadow Drive Austin, TX 78758 | - | | | | | | 484.73 |
| Account No. | | | | | | | |
| Kaplesh N. Patel 11202 N IH 35 San Antonio, TX 78233 | - | | | | | | 10,337.18 |
| Account No. | | | | | | | |
| Kathryn Keehn 212 East Krezdorm Street Seguin, TX 78155 | - | | | | | | 3,390.66 |
| Account No. | | | | | | | |
| Kelly A. Averell 5025 Maplewood Drive Greenville, SC 29615 | - | | | | | | 1,015.69 |
| Account No. | | | | | | | |
| Kelly C. Vermilyer 4149 Blackford Circle San Jose, CA 95117 | - | | | | | | 18,746.07 |

Sheet no. __20__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          33,974.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kevin W. Hunter<br>4347 Fatima Drive<br>Saint Louis, MO 63123 | - | | | | | | 8,902.84 |
| Account No.<br><br>Kyle Yerdon<br>c/o Rhonda Burke<br>3501 Townsend Blvd., Apt. 168<br>Jacksonville, FL 32277 | - | Jeanne Yerdon<br>Brian Yerdon | | | | | 119.14 |
| Account No.<br><br>Lacy C. Connell Jr.<br>802 Habersham Road<br>Valdosta, GA 31602 | - | | | | | | 1,009.74 |
| Account No.<br><br>Lawrence E. Aron<br>2951 Maina Bay Drive<br>Suite 130-328<br>League City, TX 77573 | - | | | | | | 1,902.57 |
| Account No.<br><br>LexisNexis Risk Solutions<br>P.O. Box 7247-6157<br>Philadelphia, PA 19170-6157 | - | | | | | | 4,682.34 |

Sheet no. __21__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 16,616.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Equisearch Services, Inc._____,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lorna Bradbury Johnston Meatte 15819 Stephens Eastpointe, MI 48021 | - | | | | | | 5,940.00 |
| Account No. Louisa McCollum Smith 1419 Park Lane Kilgore, TX 75662 | - | | | | | | 2,707.93 |
| Account No. Lounne Burrows 16 Twelve Oaks Drive Jacksonville, FL 32256 | - | | | | | | 1,461.19 |
| Account No. Lucille Fisher c/o Stephen Carlton P.O. Box 8156 Weslaco, TX 78599 | - | | | | | | 116,928.87 |
| Account No. Mack Cali Taxter Assoc,, LLC P.O. Box 416382 Boston, MA 02241 | - | | | | | | 171,007.95 |

Sheet no. __22__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

298,045.94

B6F (Official Form 6F) (12/07) - Cont.

In re __Equisearch Services, Inc._____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Maclean A. Campbell 9009 Tyee Road Umpqua, OR 97486 | - | | | | | | 24.09 |
| Account No. Marc Publishing & Info System 600 Germnatown Pike Lafayette Hill, PA 19444 | - | | | | | | 1,780.89 |
| Account No. Marcia B. Tighe 7803 NW Twilight Place Kansas City, MO 64152 | - | | | | | | 595.80 |
| Account No. Margaret Underhill 1108 N. Milwaukee Street Apt. 313 Milwaukee, WI 53202 | - | | | | | | 2,908.77 |
| Account No. Mark and Gail Sagel 7215 Via Palomar Boca Raton, FL 33433 | - | | | | | | 1,069.20 |

Sheet no. __23__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,378.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Martha and Burley A. Johnson 25 Landau Drive Westminster, MD 21157 | - | | | | | | | 342.20 |
| Account No. | | | | | | | | |
| McGladrey & Pullen, LLP 850 Canal Street Stamford, CT 06902 | - | | | | | | | 73,886.00 |
| Account No. | | | | | | | | |
| Melanie Mooney 10417 Paw Paw Drive Zeeland, MI 49464 | - | | | | | | | 87.96 |
| Account No. | | Anna Rose Hathaway | | | | | | |
| Melissa H. Irani 598 Ashton Park Lane Sacramento, CA 95864 | - | | | | | | | 710.87 |
| Account No. | | | | | | | | |
| Mellon Investor Services, LLC Accounting Department P.O. Box 360857 Pittsburgh, PA 15251 | - | | | | | | | 233,171.58 |

Sheet no. __24__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    308,198.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Metropolitan Telecommunication P.O. Box 9660 Manchester, NH 03108 | - | | | | | | 594.65 |
| Account No. | | | | | | | |
| Michael Barstad 335 Bluebell Street Baldwin, WI 54002 | - | | | | | | 1,136.38 |
| Account No. | | | | | | | |
| Michael D. Barkalow 134 Norridge Place Pelham, AL 35124 | - | | | | | | 595.80 |
| Account No. | | | | | | | |
| Michael J. Stanco 21 Value Street Northport, NY 11768 | - | | | | | | 1,242.09 |
| Account No. | | | | | | | |
| Mike Strickland 141 Catherine Street Homerville, GA 31634 | - | | | | | | 3,570.00 |

Sheet no. __25__ of __42__ sheets attached to Schedule of          Subtotal          7,138.92
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nancy Keehn Langer 2800 Saratoga Drive Austin, TX 78733 | - | | | | | | 3,390.66 |
| Account No. | | | | | | | |
| Nikere Ebube 2376 S. Arden Lane Round Lake, IL 60073 | - | | | | | | 1,236.85 |
| Account No. | | | | | | | |
| Norman L. Burke 1465 N. Jamestown Way Orange, CA 92869 | - | | | | | | 3,221.05 |
| Account No. | | | | | | | |
| Oce Financial Services, Inc. Account Services 1111 Old Eagle School Road Wayne, PA 19087 | - | | | | | | 422.66 |
| Account No. | | | | | | | |
| Oce Imagistics, Inc. 7555 E. Hampden Avenue Suite 200 Denver, CO 80231 | - | | | | | | 655.15 |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **8,926.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                                    ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Office Depot P.O. Box 633211 Cincinnati, OH 45263 | - | | | | | | 7,471.03 |
| Account No. | | | | | | | |
| Patricia Hathaway 1983 Jackson Street Eugene, OR 97405 | - | | | | | | 710.87 |
| Account No. | | | | | | | |
| Patricia T. Milam 160 Brady Mountain Place Royal, AR 71968 | - | | | | | | 1,704.68 |
| Account No. | | | | | | | |
| Paul C. Hopkins 87 Meadow Wood Lane Monroe, GA 30656 | - | | | | | | 483.67 |
| Account No. | | | | | | | |
| Paul Cox 41716 Monterey Place Temecula, CA 92591 | - | | | | | | 19,712.99 |

Sheet no. __27__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **30,083.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Equisearch Services, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Paul D. Simao P.O. Box 1296 Kalaheo, HI 96741 | | - | | | | | 263.43 |
| Account No. | | | | | | | |
| Paul P. Henderson Henderson Family Trust P.O. Box 1381 Apple Valley, CA 92307 | | - | | | | | 29.38 |
| Account No. | | | | | | | |
| Peggy F. McDill 7780 Van Zyverden Road Meridian, MS 39305 | | - | | | | | 1,967.28 |
| Account No. | | | | | | | |
| Pitney Bowes Global Fin. Srvs P.O. Box 371887 Pittsburgh, PA 15250 | | - | | | | | 6,564.70 |
| Account No. | | | | | | | |
| Pitney Bowes, Inc. P.O. Box 856042 Louisville, KY 40285 | | - | | | | | 4,287.77 |

Sheet no. __28__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,112.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Equisearch Services, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pitney Bowes, Inc.** **2225 American Drive** **Neenah, WI 54956-1005** | - | | | | | | 2,994.62 |
| Account No. | | | Estate of Albert Kavalunas | | | | |
| **Public Adm Queens County** **Attn: Virginia Donahue** **8811 Sutphin Blvd. #61** **Jamaica, NY 11435** | - | | | | | | 19,019.89 |
| Account No. | | | | | | | |
| **Randstad** **P.O. Box 2084** **Carol Stream, IL 60132** | - | | | | | | 8,350.65 |
| Account No. | | | | | | | |
| **Randy Yerdon** **7825 Porch Swing Lane** **Jacksonville, FL 32277** | - | | | | | | 238.28 |
| Account No. | | | | | | | |
| **Raymond Groseclose** **6565 South Newport Avenue** **Apt. 221** **Tulsa, OK 74136** | - | | | | | | 1,934.12 |

Sheet no. __29__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **32,537.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Raymond L. Marquis Estate of Viola H. Marquis 536 E 85th Street, Apt. 1A New York, NY 10028 | | - | | | | | 696.19 |
| Account No. | | | | | | | |
| Regina L. Tedoro 135 Western Avenue Cohoes, NY 12047 | | - | | | | | 1,142.00 |
| Account No. | | | | | | | |
| Reginald Fallin 261 Potomac Heights Hagerstown, MD 21742 | | - | | | | | 2,482.56 |
| Account No. | | | | | | | |
| Renee Collins 13835 Cyrus Court Jacksonville, FL 32224 | | - | | | | | 238.28 |
| Account No. | | | | | | | |
| Renee Cotton 605 Washington Street Memphis, TN 38120 | | - | | | | | 63.01 |

Sheet no. __30__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,622.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rhoda Burke**<br>**3501 Townsend Blvd.**<br>**Apt. 168**<br>**Jacksonville, FL 32277** | - | | | | | | 238.28 |
| Account No.<br><br>**Richard A. Porach**<br>**264 Dutch Lane**<br>**Pittsburgh, PA 15236** | - | | | | | | 0.00 |
| Account No.<br><br>**Richard E. Hook IV**<br>**c.o Mr. Eric Smith**<br>**750 E. Pratt Street, Suite 900**<br>**Baltimore, MD 21202** | - | | | | | | 30,129.98 |
| Account No.<br><br>**Richard J. Hallbeck**<br>**Corinne E. Hallbeck**<br>**9738 Oak Ridge Drive**<br>**Sun City, AZ 85351** | - | | | | | | 730.88 |
| Account No.<br><br>**Richard W. Martens**<br>**11924 4th Avenue**<br>**Cincinnati, OH 45249** | - | | | | | | 1,628.71 |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                32,727.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                                    ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Robert Damiano 6 Knowles Farm Road Arlington, MA 02474 | - | | | | | | 506.21 |
| Account No. | | | | | | | |
| Robert E. Jenkins 3232 Freemont Avenue Apt. 211 Minneapolis, MN 55412 | - | | | | | | 5,432.15 |
| Account No. | | | | | | | |
| Robert Half Technology 12400 Collections Center Drive Chicago, IL 60693 | - | | | | | | 6,457.50 |
| Account No. | | | | | | | |
| Robert J. Watson 5711 Honeylocust Circle Littleton, CO 80121 | - | | | | | | 1,689.51 |
| Account No. | | | | | | | |
| Roger D. White 319 Remington Drive Brandon, MS 39042 | - | | | | | | 6,764.86 |

Sheet no. __32__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,850.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ronald C. Paska 4301 SunnyBrook Drive Kalamazoo, MI 49008 | - | | | | | | 426.84 |
| Account No. | | | | | | | |
| Ronald Evert Danhof 5656 Mainstree Dr. NE Belmont, MI 49306 | - | | | | | | 223.36 |
| Account No. | | | | | | | |
| Roni Smith P.O. Box 321 Garibaldi, OR 97118 | - | | | | | | 449.37 |
| Account No. | | | | | | | |
| RR Donnelley P.O.Box 13663 Newark, NJ 07188 | - | | | | | | 24,629.06 |
| Account No. | | | | | | | |
| RSM McGladrey 5155 Paysphere Circle Chicago, IL 60674 | - | | | | | | 7,345.00 |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     33,073.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Samantha Kvalkauskas<br>70 Douglas Street<br>Fords, NJ 08863 | | - | | | | | 2,337.86 |
| Account No. | | | | | | | |
| Sandra K. Huston<br>2194 Arthur Court<br>Traverse City, MI 49685 | | - | | | | | 330.57 |
| Account No. | | | | | | | |
| Schottenstein, Zox and Dunn<br>L-2461<br>Columbus, OH 43260-2461 | | - | | | | | 11,820.00 |
| Account No. | | | | | | | |
| Scott Windle<br>1245 Bancroft Road #1<br>Keller, TX 76248 | | - | | | | | 4,944.95 |
| Account No. | | | | | | | |
| Sharon Fiscus<br>6775 Quinella Drive<br>Las Vegas, NV 89103 | | - | | | | | 13,588.73 |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,022.11**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sharon L. Poore <br> 281 Cassidy Wharf Road <br> Earleville, MD 21919 | - | | | | | | 620.56 |
| Account No. <br><br> Shelly J. Segulin <br> 31916 Densmore Road <br> Eastlake, OH 44095 | - | | | | | | 564.49 |
| Account No. <br><br> Shirley Passey <br> P.O. Box 1065 <br> Taylor, AZ 85939 | - | | | | | | 1,882.84 |
| Account No. <br><br> Shred It <br> P.O. Box 29876 <br> New York, NY 10087-9876 | - | | | | | | 337.57 |
| Account No. <br><br> Silas O'Quinn <br> 8501 Townley Road <br> Raleigh, NC 27615 | - | | | | | | 2,783.74 |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,189.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Smith Manus 2307 River Road Suite 200 Louisville, KY 40206 | - | | | | | | | 20,450.00 |
| Account No. | | | | | | | | |
| Sonja Peters 2301 Redwood Street Unit 606 Las Vegas, NV 89146 | - | | | | | | | 756.27 |
| Account No. | | | | | | | | |
| Southern California 7th Day Attn: Eunice Winston 1535 E. Chevy Chase Glendale, CA 91206 | - | | | | | | | 120.44 |
| Account No. | | | | | | | | |
| Soveriegn Bank c/o Tom Kocis Mail Code 11-900 Reading, PA 19610 | - | | | | | | | 40,366.90 |
| Account No. | | | | | | | | |
| Standard & Poor 2542 Collection Center Drive Chicago, IL 60693 | - | | | | | | | 5,466.73 |

Sheet no. __36__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,160.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Stanley Convergent Security** **Dept. Ch. 10651** **Palatine, IL 60055** | - | | | | | | 152.17 |
| Account No. | | | | | | | |
| **Staples Advantage** **Dept. NY** **P.O. Box 415256** **Boston, MA 02241-5256** | - | | | | | | 1,263.85 |
| Account No. | | | | | | | |
| **Stephen J. Bailey** **1483 Pebblestone Cove** **Wheaton, IL 60189** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Steve Nelson** **29034 Gloede Drive** **Warren, MI 48088** | - | | | | | | 3,457.74 |
| Account No. | | | | | | | |
| **Sungard Availability Services** **P.O. Box 91233** **Chicago, IL 60693** | - | | | | | | 18,579.00 |

Sheet no. __37__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   23,452.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Susan Keehn 4231 Shadom Elm Woods San Antonio, TX 78249 | - | | | | | | 3,390.66 |
| Account No. | | | | | | | |
| Susan Phillips 202N 24th Avenue Duluth, MN 55812 | - | | | | | | 3,900.68 |
| Account No. | | | | | | | |
| Teresa Fulghum 11180 Ferry Lake Road Pine Bluff, AR 71601 | - | | | | | | 1,903.17 |
| Account No. | | | | | | | |
| Teresa Robinson 234 W. 19th Street Holland, MI 49423 | - | | | | | | 87.96 |
| Account No. | | | | | | | |
| The Hartford Insurance Company PO Box 2907 Hartford, CT 06104 | - | | | | | | 10,670.00 |

Sheet no. __38__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,952.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Equisearch Services, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **The McIntyre Group** **63 Glover Avenue** **Norwalk, CT 06850** | - | | | | | | 18,785.00 |
| Account No. | | | | | | | |
| **The Virginia Lowry Trust** **c/o Wildman, Harold, Allen etc** **225 W. Wacker Drive, Ste 2800** **Chicago, IL 60606** | - | | | | | | 10,808.42 |
| Account No. | | | | | | | |
| **Thomas E. Fisher** **32 Matthews Road** **Newark, DE 19713** | - | | | | | | 620.56 |
| Account No. | | | | | | | |
| **Thomas P. Andrews** **309 S. Stone Avenue** **La Grange, IL 60525** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **Thomas P. Manzelli** **5 Crestview Road** **Bedford, MA 01730** | | | **Marilyn Cookson** **Francis P. Manzelli** **Robert A. Manzelli** | | | | 614.68 |

Sheet no. __39__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          30,828.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.**                                    ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Todd A. Hawthorne 2524 Viking Court Cincinnati, OH 45244 | - | | | | | | 487.34 |
| Account No. | | | | | | | |
| Tom Gumprecht 8301 161st Avenue Suite 200 Redmond, WA 98052 | | | | | | | 3,739.44 |
| Account No. | | | | | | | |
| Tommy Ashford 803 Blackmur Drive Water Valley, MS 38965 | - | | | | | | 8,885.30 |
| Account No. | | | | | | | |
| Transaero, Inc. Attn: Ana Agrippino 35 Melville Pard Road, Ste 100 Melville, NY 11747 | - | | | | | | 3,912.38 |
| Account No. | | | | | | | |
| Tucker, Arensberg 1500 One PPG Place Pittsburgh, PA 15222 | - | | | | | | 710.00 |

Sheet no. __40__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **17,734.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Equisearch Services, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **UPS Freight 1000 Semmes P.O. Box 1216 Richmond, VA 23218** | - | | | | | | 638.83 |
| Account No. | | | | | | | |
| **UPS Mail Innovations 12380 Morris Road Alpharetta, GA 30005** | - | | | | | | 5,082.08 |
| Account No. | | | | | | | |
| **Verizon Wireless 20 Alexander Drive Wallingford, CT 06492** | - | | | | | | 3,582.33 |
| Account No. | | | | | | | |
| **Verna L. Johnson 138 NE Zodiac Lane Bremerton, WA 98311** | - | | | | | | 224.57 |
| Account No. | | | | | | | |
| **William J. Gaffey Administ. Estate of Raybert R. Wing 5 North Main Street Wallingford, CT 06492** | - | | | | | | 1,523.24 |

Sheet no. __41__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **11,051.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William L. Musser <br> c.o Juanita Hurst <br> 622 S. Lynn Riggs Blvd. <br> Claremore, OK 74017** | - | | | | | | 16,297.67 |
| Account No. <br><br> **William N. Hulett, III <br> Penelope Hulett, III <br> 13056 N. 117th Street <br> Scottsdale, AZ 85259** | - | | | | | | 727.86 |
| Account No. <br><br> **William Neil Hathaway <br> 21413 Anza Avenue <br> Torrance, CA 90503** | - | | | | | | 355.43 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __42__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 17,380.96 |
| | Total <br> (Report on Summary of Schedules) | 5,119,326.92 |

B6G (Official Form 6G) (12/07)

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CIT Technology Fin Serv, Inc.**<br>**21146 Network Place**<br>**Stout, IA 50673-1211** | **Copier Lease 6/15/2012** |
| **Mack Cali Taxter Assoc,, LLC**<br>**P.O. Box 416382**<br>**Boston, MA 02241** | **2014** |
| **Oce Financial Services, Inc.**<br>**Account Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Copier Lease 9/20/12** |
| **Pitney Bowes Global Fin. Srvs**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250** | **Mail Machine**<br>**6/30/2012** |
| **Pitney Bowes, Inc.**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Laser Printer**<br>**6/30/12** |
| **Pitney Bowes, Inc.**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** | **Equipment Maintenance Contract** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Equisearch Services, Inc.**                                    ,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Equisearch Acquisition, Inc.**<br>**410 Lexington Avenue**<br>**New York, NY 10170** | **C3 Capital Partners, LP**<br>**4520 Main Street, Suite 1600**<br>**Kansas City, MO 64111** |
| **Equisearch Acquisition, Inc.**<br>**410 Lexington Avenue**<br>**New York, NY 10170** | **C3 Capital Partners, LP**<br>**4520 Main Street, Suite 1600**<br>**Kansas City, MO 64111** |
| **Equisearch Acquisition, Inc.**<br>**410 Lexington Avenue**<br>**New York, NY 10170** | **Full Circle**<br>**800 Westchester Avenue**<br>**Suite S-620**<br>**Rye Brook, NY 10573** |
| **Equisearch Acquisition, Inc.**<br>**410 Lexington Avenue**<br>**New York, NY 10170** | **Full Circle**<br>**800 Westchester Avenue**<br>**Suite S-620**<br>**Rye Brook, NY 10573** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re  **Equisearch Services, Inc.**                                    Case No.
                                        Debtor(s)          Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 19, 2012**                    Signature    **/s/ Robert Riedel**

                                                          **Robert Riedel**

                                                          **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of New York

In re    **Equisearch Services, Inc.**                                      Case No.
                                             Debtor(s)          Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,339,617.00** | **January 1, 2009 through December 31, 2009** |
| **$5,375,058.00** | **January 1, 2010 through December 31, 2010** |
| **$4,165,587.00** | **January 1, 2011 through December 31, 2011** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

---

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None □

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **To Be Provided** | | **$0.00** | **$0.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Mack-Cali Taxter Associates, LLC vs. Equisearch Services, Inc.** | | **Justice Court-Town of Greenburgh, County of Westchester** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

---

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Forman Holt Eliades & Ravin LLC** **80 Route 4 East** **Suite 290** **Paramus, NJ 07652** | **January 9, 2012** | **$0.00 ($7,500.00 paid in connection with this petition and Equisearch Acquisition, Inc.)** |

---

4

---

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Equisearch Acquisition, Inc. | 20-8021294 | 420 Lexington Avenue New York, NY 10170 | | |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| RSM McGladrey, Inc. 850 Canal Street 4th Floor Stamford, CT 06902 | 2007-2010 |

None
☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| RSM McGladrey, Inc. | 850 Canal Street 4th Floor Stamford, CT 06902 | 2007-2010 |

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| McGladrey & Pullen, LLP 2007-2010 | 850 Canal Street Stamford, CT 06902 |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Equisearch Services, Inc.** **420 Lexington Avenue** **New York, NY 10170** | | **Sole Shareholder** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Equisearch Services, Inc. Retirement Savings Plan** | **58-2424663** |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**January 19, 2012**_____    Signature    __**/s/ Robert Riedel**_____

**Robert Riedel**

**Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **Equisearch Services, Inc.**
_____    Case No. _____
                                Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................    $ _____    **\*0.00**

   Prior to the filing of this statement I have received ...................    $ _____    **\*0.00**

   Balance Due ...........................................................................    $ _____    **\*0.00**

2.  $ __**306.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **(A) Analyze and discuss debtors' financial situation; prepare and file debtor's Chapter 7 petition, schedules, and statement of financial affairs;**
        **(B) Notify secured parties, attorneys and interested parties, if appropriate, of the filing and the effect of the automatic stay;**
        **(C) Represent debtors at one initial 11 U.S.C. § 341(a) meeting of creditors and provide requested documents to the trustee;**
        **(D) Interact with the trustee in connection with this proceeding; and**
        **(E) Provide general guidance in connection with the proceeding.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **(A) Defending adversary proceedings commenced by creditors or the trustee including, but not limited to, objections to debtors' discharges or the dischargeability of a debt.**
        **(B) Preparing complaints or motions to avoid a lien or judgment, appearing at pretrial conferences, and taking the matter through trial stage.**
        **(C) Preparing motions in support of the petition or to reduce or expunge a claim, demand turnover of assets, enforce recovery of assets, or similar affirmative or defensive relief; and related court appearances.**
        **(D) Preparing motions with respect to a creditor's violation of automatic stay; and related court appearances.**
        **(E) Defending motions to modify the automatic stay or dismiss debtor's case and related court appearances.**
        **(F) Preparing a motion to reopen debtors' case in the event debtors' case is closed without the issuance of a discharge.**
        **(G) Amending debtors' Schedules to add an asset, debt, creditor or exemption.**
        **(H) Attending an adjourned 11 U.S.C. § 341(a) meeting caused by debtors' failure to appear at the initial meeting.**
        **(I) Representing debtors in connection with a Reaffirmation Agreement.**
        **(J) Representing debtors in connection with a Rule 2004 subpoena for examination and/or production of documents.**
        **(K) Converting to a Chapter 11 or 13 case.**


        **\*Fee of $7,500.00 charged in connection with the filing of this petition and Equisearch Acquisition, Inc.**

In re    **Equisearch Services, Inc.**               Case No.                

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

                                      **Kim R. Lynch KL-5866**
                                      **Forman Holt Eliades & Ravin LLC**
                                      **80 Route 4 East**
                                      **Suite 290**
                                      **Paramus, NJ 07652**
                                      **(201) 845-1000   Fax: (201) 845-9112**

# United States Bankruptcy Court
## Southern District of New York

In re  **Equisearch Services, Inc.**
_____     Case No. _____
                                    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 19, 2012**
_____

**/s/ Robert Riedel**
_____
**Robert Riedel**/**Chief Financial Officer**
Signer/Title

ABM AIR CONDITIONING
11WEST CROSS STREET
P.O. BOX 204
HAWTHORNE, NY 10532-0204


ABM JANITORIAL SERVICES
551 FIFTH AVENUE
SUITE 300
NEW YORK, NY 10176


ADELAIDA ANGELES
3855 N. PEACH AVENUE
APT. 110
FRESNO, CA 93727


ADVANCE DISPOSAL SERVICES, LLC
C/O CHRISTIAN MILS, ESQ.
7915 BAYMEADOWS WAY, #300
JACKSONVILLE, FL 32256


ALAN HERBERT BRADBURY
60 WEST SANILEC
ROOM 208
SANDUSKY, MI 48471


ALFRED A. HENRICKSON
19827 SCENIC HARBOUR
NORTHVILLE, MI 48167


ALICE HOLCOMB
22 CARMICHAEL STREET
UNIT 109
ESSEX JUNCTION, VT 05452


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMY NIKAITANI
609 YESLER WAY
APT. 5052
SEATTLE, WA 98104

ANDREW WAY
8375 N. ORACLE ROAD
#150
TUCSON, AZ 85704


ANGELA MCGUIRE
P.O. BOX 66622
MOBILE, AL 36660


ANITA FIENGO
31 RIC COURT
NORTH BRANFORD, CT 06471


ANN L. CANBURN
5346 N. 36TH STREET
RICHLAND, MI 49083


AT&T BUSINESS SERVICES
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


BANK OF NEW YORK MELLON
ONE WALL STREET
NEW YORK, NY 10286


BARBARA E. HAPKE
389 LAKESHORE DRIVE SOUTH
HOLLAND, MI 49424


BARBARA ZILKO
420 BUTTONWOOD LANE
OXFORD, PA 19363


BONNIE MASSENGILL
4447 TULANE AVENUE
LONG BEACH, CA 90808


BRENT R. HAESLER
HAESLER FAMILY TRUST
1210 N. 46TH STREET
FORT SMITH, AR 72904

BRUCE W. HALL
ATTN: PAT HARDY
P.O. BOX 1116
FORT COLLINS, CO 80525


C3 CAPITAL PARTNERS, LP
4520 MAIN STREET, SUITE 1600
KANSAS CITY, MO 64111


CALI REALTY CONSTRUCTION CORP.
C/O 343 THORNALL STREET
EDISON, NJ 08837


CAMILLE GAUTREAU
301-148 PROVIDENCE STREET
SHEDIAC NEW BRUNSWICK, CANADA


CAMILLE J. GAUTREAU
301-148 PROVIDENCE STREET
SHEDIAC, NEW BRUNSWICK CANADA


CANADIAN STOCK TRANSFER
199 BAY STREET
P.O. BOX 1
TORONTO, ONTARIO M5H4A6


CAROLYN M. SAUNDERS
12784 NORTH ROAD
GRANTSBURG, WI 54840


CARY I. HOFFMAN
730 COLUMBUS AVENUE
APT. 3L
NEW YORK, NY 10025


CHARLOTTE SHTSIE
P.O. BOX 10472
HONOLULU, HI 96816


CHOICEPOINT SERVICES, INC.
ATTN: GENERAL COUNSEL
1000 ALDERMAN DRIVE
ALPHARETTA, GA 30005

CHRISTOPHER T. BARKALOW
75 SCARBROUGH ROAD
NEWTON, AL 36352


CIT TECHNOLOGY FIN SERV, INC.
21146 NETWORK PLACE
STOUT, IA 50673-1211


COMPUFORCE
420 LEXINGTON AVENUE
SUITE 2100
NEW YORK, NY 10170


CONSTANCE JONES
6126 CROWS NEST DRIVE
INDIANAPOLIS, IN 46228


CONTINENTAL STOCK TRANSFER
ATTN: ANTHONY ANTONIO
17 BATTERY PLACE, 6TH FLOOR
NEW YORK, NY 10004


CORPORATE STOCK TRANSFER
3200 CHERRY CREEK DRIVE SOUTH
SUOTE 430
DENVER, CO 80209


CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808


CRAIG SCHAEFER
SCHAEFER PACKING CO.
P.O. BOX 589
MUNDELEIN, IL 60060


CSRA, INC.
1604 DAIRY ROAD
CHARLOTTESVILLE, VA 22903


CURTIS PORACH
5035 NE MASON COURT
PORTLAND, OR 97218

CUSTOM NETWORK SOLUTIONS
210 ROUTE 4 EAST
SUITE 102
PARAMUS, NJ 07652


DANIEL R. FINEBERG
336 WILD HORSE CANYON DR.
CHESTERFIELD, MO 63005


DATAJUMP
P.O. BOX 1909
LIVINGSTON, NJ 07039


DATAPIPE
P.O. BOX 36477
NEWARK, NJ 07188-6477


DAVID A. FISHER
1104 JACKSON AVENUE
SAINT MICHAELS, MD 21663


DAVID I. KAPLAN
7007 N. AUSTIN AVENUE
NILES, IL 60714


DAVID SNEDIKER
235 HAWKS HILL ROAD
NEW CANAAN, CT 06840


DAWN MOONEY
610 SOUTH SHORE DRIVE
HOLLAND, MI 49423


DEANNA R. POWELL
4435 S. 314 STREET
AUBURN, WA 98001


DELORES HEYDLE
P.O. BOX 14134
ODESSA, TX 79768


DELORISE L. CHANCY
2511 W. KEYSVILLE ROAD
PLANT CITY, FL 33567

DON T. CATES
P.O. 100
FORNEY, TX 75126


DOROTHY SNAVLEY
C/O ALINE EARLEY
221 NORWEGIAN DRIVE, APT. 1
CLEARWATER, FL 33763


EDGAR HUMANITY & FAITH
P.O. BOX HM 847
HAMILTON HM DX, BERMUDA


EVE JANE MCDOWELL
720 W. END AVENUE
APT. 1116
NEW YORK, NY 10025


EVELYN MORIARTY GDN
ROBERT FENNELLY
11 HICKORY LANE
ROCKY HILL, CT 06067


EVELYN WILSON
86 MAPLE STREET
MONTGOMERY, AL 36134


EXCEL MICRO
505 KEDRON AVENUE
FOLSOM, PA 19033


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FINANCIAL INFORMATION INC.
1 CRAGWOOD ROAD
2ND FLOOR
SOUTH PLAINFIELD, NJ 07080


FRED F. EICHHORN
2212 E. CAPE COD DIVE
BLOOMINGTON, IN 47401

FREDERIC M. LEHRMAN, ESQ.
LEHRMAN, LEHRMAN & GUTERMAN
199 MAIN STREET
WHITE PLAINS, NY 10601


FULL CIRCLE
800 WESTCHESTER AVENUE
SUITE S-620
RYE BROOK, NY 10573


GIOVANNA A. GILSENAN
C/O H. CARLETON CLINCH, ESQ.
112 PROSPECT STREET
RIDGEWOOD, NJ 07450


GORDON ROBOTTA
5021 SLEEPING INDIAN ROAD
FALLBROOK, CA 92028


GUNNAR N. MATSEN
5721 NE HAZELL DELL AVENUE
APT.#E
VANCOUVER, WA 98663


HILMER LEDDON
2223 EL DORADO COURT
SAINT CLOUD, FL 34771


HIRESAFE BACKGROUND SCREENING
9290 W. STOCKTON BOULEVARD
SUITE 102
ELK GROVE, CA 95758


HKMB
595 BAY STREET
SUITE 900
TORONTO, ONTARIO MSG2B3


INFOTECH
P.O. BOX 446
CANOGA PARK, CA 91305


INTERACTIVE DATA XCITEK
32 CROSBY DRIVE
BEDFORD, MA 01730

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10086-7128

JACQUELYN HEANEY
1050 SW 110TH TERRACE
FORT LAUDERDALE, FL 33324

JAMES O. BISHOP
122 AVENIDA STREET #1
SAN CLEMENTE, CA 92672

JANE OTT
ATTN: BETH DEWEY
300 DUKE STREET
TAPPAHANNOCK, VA 22560

JANET KEEHN CLEVELAND
8742 JACK BEAN
SAN ANTONIO, TX 78240

JANETTE M. BECKMAN
30 MEADOWOOD
RANCHO SANTA MARGARITA, CA 92688

JAY B. WEINTRAUB
29 SOUTH MAIN STREET
SUITE 330
HARTFORD, CT 06017

JEFFREY MOONEY
403 CHRISTOPHER DRIVE
HOLLAND, MI 49424

JEFFREY ROTHAUSER
24 N. 20TH STREET
KENILWORTH, NJ 07033

JENNIE GAMBINO
89-27 70TH ROAD
HILLS, NY 13375

JENNIE GAMBINO
89-27 70TH ROAD
FOREST HILLS, NY 11375

JOAN BARNETT
24587 HAYRAKE CIRCLE
WILDOMAR, CA 92595


JOAN C. DANIELS
C.O PAUL J. O'BRIEN
TWO OLD COMMON RD
AUBURN, MA 01501


JOAN C. LEITZ
1052 1/2 VIRGINIA AVENUE
INDINAPOLIS, IN 46203


JOANNE C. ROYAL
216 NW AVENUE E
BELLE GLADE, FL 33430


JOE HOWARD
340 LAKERIDGE CIRCLE
TROUTVILLE, VA 24175


JOHN A. PATTERSON
6344 KIWINIS CLUB ROAD
SILSBEE, TX 77656


JOHN J. ALKAZIN
601 CALIFORNIA STREET
SUITE 1600
SAN FRANCISCO, CA 94108


JOHN S. DAMIANO
275 COUNTY ROUTE 20
OSWEGO, NY 13126


JOHN STRICKLAND
264 JERNIGAN FARM ROAD
HOMERVILLE, GA 31634


JORDAN T. BISHOP
1237 GREEN OAK ROAD
VISTA, CA 92081


JULIA ANN QULLEN
590 POND NECK ROAD
EARLEVILLE, MD 21919

JULIE WISE
1412 S. MEADOW DRIVE
AUSTIN, TX 78758


KAPLESH N. PATEL
11202 N IH 35
SAN ANTONIO, TX 78233


KATHRYN KEEHN
212 EAST KREZDORM STREET
SEGUIN, TX 78155


KELLY A. AVERELL
5025 MAPLEWOOD DRIVE
GREENVILLE, SC 29615


KELLY C. VERMILYER
4149 BLACKFORD CIRCLE
SAN JOSE, CA 95117


KEVIN W. HUNTER
4347 FATIMA DRIVE
SAINT LOUIS, MO 63123


KYLE YERDON
C/O RHONDA BURKE
3501 TOWNSEND BLVD., APT. 168
JACKSONVILLE, FL 32277


LACY C. CONNELL JR.
802 HABERSHAM ROAD
VALDOSTA, GA 31602


LAWRENCE E. ARON
2951 MAINA BAY DRIVE
SUITE 130-328
LEAGUE CITY, TX 77573


LEXISNEXIS RISK SOLUTIONS
P.O. BOX 7247-6157
PHILADELPHIA, PA 19170-6157


LORNA BRADBURY JOHNSTON MEATTE
15819 STEPHENS
EASTPOINTE, MI 48021

LOUISA MCCOLLUM SMITH
1419 PARK LANE
KILGORE, TX 75662


LOUNNE BURROWS
16 TWELVE OAKS DRIVE
JACKSONVILLE, FL 32256


LUCILLE FISHER
C/O STEPHEN CARLTON
P.O. BOX 8156
WESLACO, TX 78599


MACK CALI TAXTER ASSOC,, LLC
P.O. BOX 416382
BOSTON, MA 02241


MACLEAN A. CAMPBELL
9009 TYEE ROAD
UMPQUA, OR 97486


MARC PUBLISHING & INFO SYSTEM
600 GERMNATOWN PIKE
LAFAYETTE HILL, PA 19444


MARCIA B. TIGHE
7803 NW TWILIGHT PLACE
KANSAS CITY, MO 64152


MARGARET UNDERHILL
1108 N. MILWAUKEE STREET
APT. 313
MILWAUKEE, WI 53202


MARK AND GAIL SAGEL
7215 VIA PALOMAR
BOCA RATON, FL 33433


MARTHA AND BURLEY A. JOHNSON
25 LANDAU DRIVE
WESTMINSTER, MD 21157


MCGLADREY & PULLEN, LLP
850 CANAL STREET
STAMFORD, CT 06902

MELANIE MOONEY
10417 PAW PAW DRIVE
ZEELAND, MI 49464


MELISSA H. IRANI
598 ASHTON PARK LANE
SACRAMENTO, CA 95864


MELLON INVESTOR SERVICES, LLC
ACCOUNTING DEPARTMENT
P.O. BOX 360857
PITTSBURGH, PA 15251


METROPOLITAN TELECOMMUNICATION
P.O. BOX 9660
MANCHESTER, NH 03108


MICHAEL BARSTAD
335 BLUEBELL STREET
BALDWIN, WI 54002


MICHAEL D. BARKALOW
134 NORRIDGE PLACE
PELHAM, AL 35124


MICHAEL J. STANCO
21 VALUE STREET
NORTHPORT, NY 11768


MIKE STRICKLAND
141 CATHERINE STREET
HOMERVILLE, GA 31634


NANCY KEEHN LANGER
2800 SARATOGA DRIVE
AUSTIN, TX 78733


NIKERE EBUBE
2376 S. ARDEN LANE
ROUND LAKE, IL 60073


NORMAN L. BURKE
1465 N. JAMESTOWN WAY
ORANGE, CA 92869

OCE FINANCIAL SERVICES, INC.
ACCOUNT SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


OCE IMAGISTICS, INC.
7555 E. HAMPDEN AVENUE
SUITE 200
DENVER, CO 80231


OFFICE DEPOT
P.O. BOX 633211
CINCINNATI, OH 45263


PATRICIA HATHAWAY
1983 JACKSON STREET
EUGENE, OR 97405


PATRICIA T. MILAM
160 BRADY MOUNTAIN PLACE
ROYAL, AR 71968


PAUL C. HOPKINS
87 MEADOW WOOD LANE
MONROE, GA 30656


PAUL COX
41716 MONTEREY PLACE
TEMECULA, CA 92591


PAUL D. SIMAO
P.O. BOX 1296
KALAHEO, HI 96741


PAUL P. HENDERSON
HENDERSON FAMILY TRUST
P.O. BOX 1381
APPLE VALLEY, CA 92307


PEGGY F. MCDILL
7780 VAN ZYVERDEN ROAD
MERIDIAN, MS 39305

PITNEY BOWES GLOBAL FIN. SRVS
P.O. BOX 371887
PITTSBURGH, PA 15250


PITNEY BOWES, INC.
P.O. BOX 856042
LOUISVILLE, KY 40285


PITNEY BOWES, INC.
2225 AMERICAN DRIVE
NEENAH, WI 54956-1005


PUBLIC ADM QUEENS COUNTY
ATTN: VIRGINIA DONAHUE
8811 SUTPHIN BLVD. #61
JAMAICA, NY 11435


RANDSTAD
P.O. BOX 2084
CAROL STREAM, IL 60132


RANDY YERDON
7825 PORCH SWING LANE
JACKSONVILLE, FL 32277


RAYMOND GROSECLOSE
6565 SOUTH NEWPORT AVENUE
APT. 221
TULSA, OK 74136


RAYMOND L. MARQUIS
ESTATE OF VIOLA H. MARQUIS
536 E 85TH STREET, APT. 1A
NEW YORK, NY 10028


REGINA L. TEDORO
135 WESTERN AVENUE
COHOES, NY 12047


REGINALD FALLIN
261 POTOMAC HEIGHTS
HAGERSTOWN, MD 21742

RENEE COLLINS
13835 CYRUS COURT
JACKSONVILLE, FL 32224


RENEE COTTON
605 WASHINGTON STREET
MEMPHIS, TN 38120


RHODA BURKE
3501 TOWNSEND BLVD.
APT. 168
JACKSONVILLE, FL 32277


RICHARD A. PORACH
264 DUTCH LANE
PITTSBURGH, PA 15236


RICHARD E. HOOK IV
C.O MR. ERIC SMITH
750 E. PRATT STREET, SUITE 900
BALTIMORE, MD 21202


RICHARD J. HALLBECK
CORINNE E. HALLBECK
9738 OAK RIDGE DRIVE
SUN CITY, AZ 85351


RICHARD W. MARTENS
11924 4TH AVENUE
CINCINNATI, OH 45249


ROBERT DAMIANO
6 KNOWLES FARM ROAD
ARLINGTON, MA 02474


ROBERT E. JENKINS
3232 FREEMONT AVENUE
APT. 211
MINNEAPOLIS, MN 55412


ROBERT HALF TECHNOLOGY
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ROBERT J. WATSON
5711 HONEYLOCUST CIRCLE
LITTLETON, CO 80121


ROGER D. WHITE
319 REMINGTON DRIVE
BRANDON, MS 39042


RONALD C. PASKA
4301 SUNNYBROOK DRIVE
KALAMAZOO, MI 49008


RONALD EVERT DANHOF
5656 MAINSTREE DR. NE
BELMONT, MI 49306


RONI SMITH
P.O. BOX 321
GARIBALDI, OR 97118


RR DONNELLEY
P.O.BOX 13663
NEWARK, NJ 07188


RSM MCGLADREY
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674


SAMANTHA KVALKAUSKAS
70 DOUGLAS STREET
FORDS, NJ 08863


SANDRA K. HUSTON
2194 ARTHUR COURT
TRAVERSE CITY, MI 49685


SCHOTTENSTEIN, ZOX AND DUNN
L-2461
COLUMBUS, OH 43260-2461


SCOTT WINDLE
1245 BANCROFT ROAD #1
KELLER, TX 76248

SHARON FISCUS
6775 QUINELLA DRIVE
LAS VEGAS, NV 89103

SHARON L. POORE
281 CASSIDY WHARF ROAD
EARLEVILLE, MD 21919

SHELLY J. SEGULIN
31916 DENSMORE ROAD
EASTLAKE, OH 44095

SHIRLEY PASSEY
P.O. BOX 1065
TAYLOR, AZ 85939

SHRED IT
P.O. BOX 29876
NEW YORK, NY 10087-9876

SILAS O'QUINN
8501 TOWNLEY ROAD
RALEIGH, NC 27615

SMITH MANUS
2307 RIVER ROAD
SUITE 200
LOUISVILLE, KY 40206

SONJA PETERS
2301 REDWOOD STREET
UNIT 606
LAS VEGAS, NV 89146

SOUTHERN CALIFORNIA 7TH DAY
ATTN: EUNICE WINSTON
1535 E. CHEVY CHASE
GLENDALE, CA 91206

SOVERIEGN BANK
C/O TOM KOCIS
MAIL CODE 11-900
READING, PA 19610

STANDARD & POOR
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


STANLEY CONVERGENT SECURITY
DEPT. CH. 10651
PALATINE, IL 60055


STAPLES ADVANTAGE
DEPT. NY
P.O. BOX 415256
BOSTON, MA 02241-5256


STEPHEN J. BAILEY
1483 PEBBLESTONE COVE
WHEATON, IL 60189


STEVE NELSON
29034 GLOEDE DRIVE
WARREN, MI 48088


SUNGARD AVAILABILITY SERVICES
P.O. BOX 91233
CHICAGO, IL 60693


SUSAN KEEHN
4231 SHADOM ELM WOODS
SAN ANTONIO, TX 78249


SUSAN PHILLIPS
202N 24TH AVENUE
DULUTH, MN 55812


TERESA FULGHUM
11180 FERRY LAKE ROAD
PINE BLUFF, AR 71601


TERESA ROBINSON
234 W. 19TH STREET
HOLLAND, MI 49423


THE HARTFORD INSURANCE COMPANY
PO BOX 2907
HARTFORD, CT 06104

THE MCINTYRE GROUP
63 GLOVER AVENUE
NORWALK, CT 06850


THE VIRGINIA LOWRY TRUST
C/O WILDMAN, HAROLD, ALLEN ETC
225 W. WACKER DRIVE, STE 2800
CHICAGO, IL 60606


THOMAS E. FISHER
32 MATTHEWS ROAD
NEWARK, DE 19713


THOMAS P. ANDREWS
309 S. STONE AVENUE
LA GRANGE, IL 60525


THOMAS P. MANZELLI
5 CRESTVIEW ROAD
BEDFORD, MA 01730


TODD A. HAWTHORNE
2524 VIKING COURT
CINCINNATI, OH 45244


TOM GUMPRECHT
8301 161ST AVENUE
SUITE 200
REDMOND, WA 98052


TOMMY ASHFORD
803 BLACKMUR DRIVE
WATER VALLEY, MS 38965


TRANSAERO, INC.
ATTN: ANA AGRIPPINO
35 MELVILLE PARD ROAD, STE 100
MELVILLE, NY 11747


TUCKER, ARENSBERG
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

UPS FREIGHT
1000 SEMMES
P.O. BOX 1216
RICHMOND, VA 23218


UPS MAIL INNOVATIONS
12380 MORRIS ROAD
ALPHARETTA, GA 30005


VERIZON WIRELESS
20 ALEXANDER DRIVE
WALLINGFORD, CT 06492


VERNA L. JOHNSON
138 NE ZODIAC LANE
BREMERTON, WA 98311


WILLIAM J. GAFFEY ADMINIST.
ESTATE OF RAYBERT R. WING
5 NORTH MAIN STREET
WALLINGFORD, CT 06492


WILLIAM L. MUSSER
C.O JUANITA HURST
622 S. LYNN RIGGS BLVD.
CLAREMORE, OK 74017


WILLIAM N. HULETT, III
PENELOPE HULETT, III
13056 N. 117TH STREET
SCOTTSDALE, AZ 85259


WILLIAM NEIL HATHAWAY
21413 ANZA AVENUE
TORRANCE, CA 90503

# United States Bankruptcy Court
## Southern District of New York

In re **Equisearch Services, Inc.**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Equisearch Services, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Equisearch Acquisition, Inc.**
**420 Lexington Avenue**
**New York, NY 10170**

☐ None [*Check if applicable*]

**January 19, 2012**

Date

**/s/ Kim R. Lynch**

**Kim R. Lynch KL-5866**

Signature of Attorney or Litigant

Counsel for __Equisearch Services, Inc.__

**Forman Holt Eliades & Ravin LLC**
**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**
**(201) 845-1000 Fax:(201) 845-9112**